AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Anselmo Dominguez

WARRANT FOR ARREST

Case Number: 04m-1069-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Anselmo Dominguez___
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT   ☐ INFORMATION   ☒ COMPLAINT   ☐ ORDER OF COURT   ☐ VIOLATION OF NOTICE   ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**unlawfully, knowingly, and intentionally conspiring to distribute, and possess with intent to distribute, five kilograms or more of cocaine, a Schedule II controlled substance,**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__ .

JUDITH G. DEIN
Name of Issuing Officer

_[signature] Judith Gail Dein_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Boston, MA    3/31/04
Date and Location

Bail fixed at $ _____     BY _____

| RETURN |||
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |||
| WARRANT EXECUTED BY DEA |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/1/04 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |