UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.                                FEDERAL COURT
                                            DOCKET NO.: 04M-1069-JGD

UNITED STATES OF AMERICA         )
                                 )
V.                               )
                                 )
ANSELMO DOMINGUEZ                )
_____  )

## NOTICE OF APPEARANCE

NOW COMES John C. McBride and files his appearance as counsel on behalf of the above-named defendant in this instant matter.

                                Respectfully submitted,
                                Anselmo Dominguez,
                                By his attorney,

                                _____
                                John C. McBride
                                B.B.O#: 326960
                                McBride & Natola
                                240 Commercial Street, 2B
                                Boston, MA. 02109
                                (617) 367-8844

Dated: May 10, 2004

## CERTIFICATE OF SERVICE

John C. McBride hereby certifies that he forwarded the attached Notice of Appearance to the following individuals on this date via facsimile.

        Thomas F. Quinn
        Clerk for Judge Judith G. Dein
        United States District Court
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 6410
        Boston, MA  02210

        Kevin McGrath, A.U.S.A.
        United States Attorney's Office
        U.S. Courthouse, Suite 9200
        1 Courthouse Way
        Boston, MA  02210

        _____
        John C. McBride

Dated: May 10, 2004