UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 MAY 25  P 1:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

V.

ANSELMO DOMINGUEZ

CRIMINAL DOCKET
NO. 04m-1069-JGD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW FROM REPRESENTING DEFENDANT

Now comes the undersigned and moves to withdraw his appearance from representing the Defendant Anselmo Dominguez in the above matter.

As reason therefor, the undersigned states that he has received notice that Attorney John McBride has filed his Notice of Appearance on behalf of the Defendant. Further, the undersigned was initially appointed pursuant to the provisions of the Criminal Justice Act and Attorney McBride is believed to have been privately retained.

Respectfully submitted,

William M. White, Jr.
BBO#546288
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace
Boston, MA 02109
(617) 723 - 7339